960 So.2d 796 (2007)
Manuel HERBERT, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-1097.
District Court of Appeal of Florida, Third District.
June 20, 2007.
Bennett H. Brummer, Public Defender, and Marti Rothenberg, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and William J. Selinger, Assistant Attorney General, for appellee.
Before GERSTEN, RAMIREZ, and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See Saleem v. State, 773 So.2d 89 (Fla. 5th DCA 2000).